**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHARON FILES, JOAN FILES** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-2324** |
| | : | |
| **LAMPERT'S GARAGE, LLC, UPPER PROVIDENCE TOWNSHIP, MEDIA BOROUGH, KEITH CORONT** | : | |

# ORDER

**AND NOW**, this 2nd day of October 2026, upon considering defendant Media Borough's motion to dismiss for lack of jurisdiction (DI 13), defendant Upper Providence Township's motion to dismiss for failure to state a claim (DI 15), plaintiffs' consolidated response to both motions (DI 16), Upper Providence Township's reply (DI 21), and plaintiffs' sur-reply (DI 22), it is **ORDERED** that:

1. Media Borough's motion to dismiss for lack of jurisdiction (DI 13) is **GRANTED.** Counts I, II, III, and IV of plaintiffs' complaint (DI 1) against Media Borough are **DISMISSED** without prejudice.
2. Counts I, II, III, and IV of plaintiffs' complaint (DI 1) against Upper Providence Township are **DISMISSED** without prejudice *sua sponte* for lack of jurisdiction.
3. Upper Providence Township's motion to dismiss (DI 15) is **DENIED** as moot.

/s/John F. Murphy, U.S.D.J.

**MURPHY, J.**